# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**JASON ABRAHAM and<br>ANDREA ABRAHAM,**

    Plaintiffs,

    v.        Case No. 18-CV-1647

**JETSMARTER INC. and<br>SAM KIMMELL,**

    Defendants.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the defendants' motion to dismiss in favor of mandatory arbitration (ECF No. 12) is **granted** and this action is **dismissed**.

Date: April 2, 2019

              Stephen C. Dries, Clerk of Court<br>
              EASTERN DISTRICT OF WISCONSIN<br>
              (By) Deputy Clerk, s/Mary Murawski<br>
              Approved this 2nd day of April, 2019.

              _____<br>
              WILLIAM E. DUFFIN<br>
              United States Magistrate Judge